# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2024 KW 0101

VERSUS

KERMIT PARKER                                            **MARCH 13, 2024**

---

In Re:    State of Louisiana, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 05-91-0571.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT